IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

     Petitioner,                        No.  CIV S-10-2851 KJM DAD P

   vs.

LAURA WEST, et al.,

     Respondents.                   FINDINGS AND RECOMMENDATIONS

_____/

        On March 8, 2011, the court ordered petitioner to file an in forma pauperis affidavit or pay the required filing fee within thirty days.  On April 4, 2011, the court granted petitioner an extension of time to comply with the order.  Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 25, 2011.

                                              /s/ Dale A. Drozd  
                                              DALE A. DROZD  
DAD:9                                      UNITED STATES MAGISTRATE JUDGE  
ulre2851.fifp